Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–18866–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Constance W Hurtt
   aka Constance W Jones–Hurtt
   8 Chambord Court
   Trenton, NJ 08619

Social Security No.:
   xxx–xx–5978

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       5/17/17
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
John Zimnis, Esq., Debtor's Attorney

COMMISSION OR FEES
$1,600.00

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: April 6, 2017
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Constance W Hurtt
       Debtor

Case No. 15-18866-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin        Page 1 of 2        Date Rcvd: Apr 06, 2017
                            Form ID: 137        Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
```
db             +Constance W Hurtt,    8 Chambord Court,    Trenton, NJ 08619-4701
cr             +Select Portfolio Servicing, Inc.,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                 Fairfield, NJ 07004-2927
515505517      +Allen & Assoc,    147 Willis Avenue,    Re: Revel Entertainment Group,    Mineola, NY 11501-2634
515505518      +Andrews FCU,    5711 Allentown Rd,    Suitland, MD 20746-4547
515531458      +Andrews Federal Credit Union,    5711 Allentown Road,    Mail Stop #930,
                 Suitland, MD 20746-4547
515505520      +Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
515505519      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
515630468       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515505524      +Chase Bank USA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
516734642       Deutsche Bank National Trust Company, as Trustee,    for Soundview Home Loan Trust 2005-4 Ass,
                 C/O Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
515505525      +Equiant Fin'l Svc,    5401 N Pima Rd,    Ste 150,    Scottsdale, AZ 85250-2630
515505528     ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
               (address filed with court: Flagship Resort,    PO Box 78843,    Phoenix, AZ 85062)
515505527      +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
515505529      +Flagship Resort,    5401 N Pima Rd,    Suite 150,    Scottsdale, AZ 85250-2630
515505530      +Flagship Resort (Fanta Sea Resorts),    60 North Maine Avenue,    Atlantic City, NJ 08401-5518
515505532      +MABT/Contfin,    PO Box 11743,    Wilmington, DE 19850-1743
515505535      +MID AMERICA BANK & TRUST,    PO Box 400,    Dixon, MO 65459-0400
515505533      +McGovern Legal Services,    Re: Society Hill @ Hamilton; DC 7292-14,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
515505538      +SPS,    3815 South West Temple,    Salt Lake City, UT 84115-4412
515573068       Society Hill at Hamilton II Condominium Associatio,    c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ 08903-1111
515505539      +Swiss Colony (Ashro),    1112 7th Avenue,    Monroe, WI 53566-1364
515505542      +Walter Lee & Assoc,    2801 Wehrle Drive, Suite 9,    Re: JTM Capital Mngmt; Mid America,
                 Bank & Trust,    Williamsville, NY 14221-7381
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2017 22:59:15    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2017 22:59:12    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515518174       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2017 23:06:45
                 American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515514657       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2017 23:06:45
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515505522       E-mail/Text: bankruptcy@cashcall.com Apr 06 2017 22:59:48    Cash Call,    1600 S Douglass Rd,
                 Anaheim, CA 92806
515505521       E-mail/Text: bankruptcy@cashcall.com Apr 06 2017 22:59:48    Cash Call,
                 17360 Brookhurst Street,    Fountain Valley, CA 92708
515505523       E-mail/Text: bankruptcy@cashcall.com Apr 06 2017 22:59:48    Cash Call,    PO Box 66007,
                 Anaheim, CA 92816
515564086      +E-mail/Text: bncmail@w-legal.com Apr 06 2017 22:59:21    CASHCALL, INC.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
515628579      +E-mail/Text: bankruptcy@cavps.com Apr 06 2017 22:59:29    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515505526      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 06 2017 22:59:41    Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
515505531      +E-mail/Text: cio.bncmail@irs.gov Apr 06 2017 22:58:54    IRS Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081
515701357       E-mail/Text: bkr@cardworks.com Apr 06 2017 22:58:25    MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
515505534      +E-mail/Text: bkr@cardworks.com Apr 06 2017 22:58:25    Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802
515505536      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 06 2017 22:59:11    Midland Credit Mngmt,
                 Re: Web Bank (Fingerhut),    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
515728653      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 06 2017 22:59:27    Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515505537      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 06 2017 23:01:13    Regional Acceptance,
                 5425 Robin Hood Drive,    Suite 101,    Norfolk, VA 23513-2451
515528975      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 06 2017 23:01:13    Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
515517691       E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 23:00:43    Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515505540      +E-mail/Text: bankruptcy@td.com Apr 06 2017 22:59:16    TD Bank,    9000 Atrium Way, Bldg 1,
                 Mount Laurel, NJ 08054-3952
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Apr 06, 2017
                             Form ID: 137              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515606697          E-mail/Text: bankruptcy@td.com Apr 06 2017 22:59:16      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                   ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
515505541          +E-mail/Text: bnc@alltran.com Apr 06 2017 22:58:30       United Recovery Systems,   Re:  Chase,
                   PO Box 722929,    Houston, TX 77272-2929
```
                                                                              TOTAL: 21

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Society Hill at Hamilton II Condominium Associatio,   c/o McGovern Legal Services, LLC,
              PO Box 1111,   New Brunswick, NJ  08903-1111
515555276*    Internal Revenue Service,   P.O. Box 7346,    Philadelphia, PA 19101-7346
```
                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
```
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)  on behalf of Trustee Albert  Russo docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John  Zimnis   on behalf of Debtor Constance W Hurtt njbankruptcylaw@aol.com.
          Marlena  Miller   on behalf of Creditor   Society Hill at Hamilton II Condominium Association,
           Inc. mdiaz-Cobo@theassociationlawyers.com
          Patrick O. Lacsina   on behalf of Creditor   Select Portfolio Servicing, Inc. gshasa@rasnj.com,
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Sean M. O'Brien   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 sobrien@flwlaw.com
          Sean M. O'Brien   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4 sobrien@flwlaw.com
```
                                                                        TOTAL: 9