**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
CONSTANCE HURTT

Debtors

**Order Filed on May 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-18866

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: May 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Constance Hurtt
Case No.:  15-18866 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $1,600 for services rendered and expenses in the amount of $0 for a total of $1,600.  The allowance shall be payable:


___x__   through the Chapter 13 Plan as an administrative priority from
             funds on hand
_____   outside the Plan


The debtor's monthly Plan is modified, thus the debtor will pay $586 per month for the remaining months to allow for payment of aforesaid fee.