| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>_____<br>Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353<br>_____<br>In re:<br>CONSTANCE HURTT<br><br>                    Debtors<br>_____ | **Order Filed on May 19, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br><br><br><br><br><br>Case No.: 15-18866<br><br>Chapter 13<br><br>Judge: Gravelle |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: May 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Constance Hurtt
Case No.:  15-18866 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $1,600 for services rendered and expenses in the amount of $0 for a total of $1,600.  The allowance shall be payable:

      ___x__   through the Chapter 13 Plan as an administrative priority from
              funds on hand
      _____   outside the Plan

      The debtor's monthly Plan is modified, thus the debtor will pay $586 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Constance W Hurtt  
     Debtor

Case No. 15-18866-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 19, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db        +Constance W Hurtt,    8 Chambord Court,    Trenton, NJ 08619-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for  Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4  
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for  Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          John   Zimnis    on behalf of Debtor Constance W Hurtt njbankruptcylaw@aol.com.  
          Marlena   Miller    on behalf of Creditor    Society Hill at Hamilton II Condominium Association,  Inc. mdiaz-Cobo@theassociationlawyers.com  
          Patrick O. Lacsina    on behalf of Creditor    Select Portfolio Servicing, Inc. gshasa@rasnj.com,  bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
          Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for  Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4 sobrien@flwlaw.com  
          Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for  Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 sobrien@flwlaw.com  
                                                                                                                                                    TOTAL: 10