**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
CONSTANCE HURTT

Debtors

**Order Filed on September 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-18866

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 21, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Constance Hurtt
Case No.:  15-18866 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees


  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:


  ___x__   through the Chapter 13 Plan as an administrative priority from
    funds on hand
  _____   outside the Plan


  The debtor's monthly Plan is not modified, thus the debtor will pay $586 per month for the remaining months to allow for payment of aforesaid fee.