Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Office of Peter Zimnis<br>1245 Whitehorse Mercerville Rd<br>Trenton, NJ 08619<br>609-581-9353<br>Attorneys for Debtor Constance W. Hurtt | |
| In Re:<br><br>CONSTANCE W. HURTT AKA CONSTANCE W. JONES-HURT,<br><br>Debtor | Case Number: 15-18866-CMG<br>Hearing Date: 12/10/2018<br>Judge: Christine Gravelle<br>Chapter: 13 |

| Recommended Local Form: ☐ Followed | ☐ Modified |
|---|---|

c Num

ring

**AMENDED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages two through four is hereby **ORDERED**.

**DATED: January 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Constance Hurtt

Case No.: 15-18866-CMG

Caption of Order:    Amended Consent Order Resolving Motion for Stay Relief from Automatic Stay

Secured Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 (the "Secured Creditor"), having filed a Motion for Relief from the Automatic Stay (the "Motion") regarding the real property located at 8 Chambord Court, Hamilton, New Jersey 08619 (the "Property") owned by Constance W. Hurtt aka Constance W. Jones-Hurtt, the Chapter 13 Debtor in this proceeding (the "Debtor') on which Secured Creditor holds a mortgage lien, and it appearing that Secured Creditor and the Debtor have resolved the issues in the Motion upon the terms set forth herein, and upon the mutual consent of Secured Creditor and the Debtor, and no further notice need be given, and good and sufficient cause appearing for the entry of the within Consent Order, it is hereby ORDERED AS FOLLOWS:

1.    Debtor, as of July 2016, had post-petition arrears on mortgage payments due to Secured Creditor for the January 1, 2016 monthly payment through and including the July 1, 2016 payment which totaled $9,219.98 less partial payments in the amount of $189.42 for an amount of $9,030.56. In addition, Secured Creditor incurred fees and costs of $526.00 for the preparation and filing of this Motion for Relief from Stay; when combined with the arrears, the total amount due and owing by Debtor was $9,556.56.

2.    The Debtor cured these arrears by making an initial payment in the amount of $3,000.00 directly to Secured Creditor within ten (10) days of the date of entry of this Order. The balance of the arrears were cured when the debtor was granted a loan modification on or about January 2017. At this time, any and all arrears that existed on Secured Creditor's claim have been addressed either through disbursements made from the Trustee that is reflected on the Amended Proof of Claim filed on March 30, 2017 or through the loan modification obtained by Debtor on January 2017. The Standing Chapter 13 Trustee is not obligated to make any further

Page 3

Debtor: Constance Hurtt

Case No.: 15-18866-CMG

Caption of Order:    Amended Consent Order Resolving Motion for Stay Relief from Automatic Stay

disbursements to Secured Creditor at this time. However, debtor shall remain responsible for staying current with her regular monthly mortgage payments.

    3.    The Debtor shall be in default of this Consent Order if the above referenced payment to Secured Creditor is not received within thirty (30) days of its due date. A payment made late or that fails to clear due to insufficient funds shall also trigger default of this Consent Order. Upon a default, Secured Creditor may exercise any and all remedy available under the law including but not limited to submitting a Certification of Default to the Bankruptcy Court to seek relief from the automatic stay.

    4.    The parties to this Consent Order, and anyone who succeeds to their rights and responsibilities hereunder, their successors and assigns, are bound by this Consent Order. This Consent Order is for the benefit of the named parties and all who succeed to their rights and responsibilities.

    5.    This Consent Order reflects and constitutes the entire understanding and agreement between the consenting parties respecting this matter. No changes, alterations, modifications, or qualifications to the terms stated here shall be made or binding unless made in writing and signed by the consenting parties hereto.

    6.    No delay or failure by either party to exercise any right hereunder, or no partial or single exercise of any such right, shall constitute a waiver of that or any other right, unless otherwise expressly provided herein.

    7.    This Consent Order shall be governed by and construed in accordance with the laws of the State of New Jersey, without giving effect to principles of conflicts vs. and any and all disputes under and related to this Consent Order shall be exclusively with the

Page 4

Debtor: Constance Hurtt

Case No.: 15-18866-CMG

Caption of Order:    Amended Consent Order Resolving Motion for Stay Relief from Automatic Stay

jurisdiction of the United States Bankruptcy Court for the District of New Jersey or an appellate court thereof and, failing such jurisdiction, within the courts of the State of New Jersey.

8. If any of the provisions of this Consent Order shall be later held to be invalid or unenforceable according to law, the remaining provisions herein shall not be affected thereby and shall continue in full force and effect only to the extent the intent of the parties to this Consent Order can be fully carried out.

9. The parties to this Consent Order agree and acknowledge that this is a negotiated Consent Order and that the rule of construction that any ambiguities be construed against the drafting party shall not apply.

10. The parties understand and agree to the terms of this Consent Order. By signing this Consent Order, the parties acknowledge and agree that they have duly considered, approved, and authorized this Consent Order, and have taken all necessary actions for it to be valid and binding. The parties further acknowledge that the individual, officer, agent, representative, or employee signing this Consent Order has the express authority to do so, has been afforded a reasonable and sufficient period of time to review the terms thereof and has signed it freely and voluntarily and without duress or coercion and with full knowledge and consent that the consideration for signing this Consent Order are the terms stated herein, and no other promise, agreement, or representation of any kind has been made to any person to cause such individual, officer, agent, representative, or employee signing this Consent Order to execute same.

| Law Offices of Peter E. Zimnis<br>Attorneys for Chapter 13 Debtor | Frenkel Lambert Weiss Weisman & Gordon LLP<br>Attorneys for Secured Creditor |
|---|---|
| /s/ John Zimnis<br>John Zimnis, Esq.<br>1245 Whitehorse Mrcrvll Road<br>Trenton, NJ 08619 | /s/ Sean O'Brien<br>Sean O'Brien, Esq.<br>80 Main Street, Suite<br>West Orange, NJ |
| Dated: December   , 2018 | Dated: December |

United States Bankruptcy Court
District of New Jersey

In re:  
Constance W Hurtt  
    Debtor

Case No. 15-18866-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 22, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db             +Constance W Hurtt,    8 Chambord Court,    Trenton, NJ 08619-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Brian C. Nicholas     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John    Zimnis     on behalf of Debtor Constance W Hurtt njbankruptcylaw@aol.com.
          Keri P. Ebeck     on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Marlena    Miller     on behalf of Creditor    Society Hill at Hamilton II Condominium Association,
           Inc. collections@theassociationlawyers.com
          Patrick O. Lacsina     on behalf of Creditor    Select Portfolio Servicing, Inc. ,
           PATRICK.LACSINA@GMAIL.COM
          Rebecca Ann Solarz     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
           rsolarz@kmllawgroup.com
          Sean M. O'Brien     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4 sobrien@flwlaw.com
          Sean M. O'Brien     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 sobrien@flwlaw.com
                                                                                                 TOTAL: 12