UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

**Order Filed on January 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:
CONSTANCE HURTT

Debtors

Case No.:  15-18866

Chapter 13

Judge:  Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: January 23, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Constance Hurtt
Case No.:  15-18866 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $900 for services rendered and expenses in the amount of $0 for a total of $900. The allowance shall be payable:


   __x__  through the Chapter 13 Plan as an administrative priority from
           funds on hand
   _____  outside the Plan


The debtor's monthly Plan is not modified, the plan is PAID IN FULL

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-18866-CMG
Constance W Hurtt                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Constance W Hurtt,   8 Chambord Court,   Trenton, NJ 08619-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Constance W Hurtt njbankruptcylaw@aol.com.
              Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marlena   Miller    on behalf of Creditor    Society Hill at Hamilton II Condominium Association,
               Inc. collections@theassociationlawyers.com
              Patrick O. Lacsina    on behalf of Creditor    Select Portfolio Servicing, Inc. ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
               rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 sobrien@flwlaw.com
                                                                                             TOTAL: 12