**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

**Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CONSTANCE W HURTT

Debtor.

Case No.: 15-18866-CMG

Hearing Date: _____

Judge: Gravelle

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Regional Acceptance Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❏ Real property more fully described as:

☑ Personal property more fully described as:

    2011 Jeep Grand Cherokee Utility 4D Laredo 4WD 3.6L V6 VIN# 1J4RR4GG4BC546755

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-18866-CMG
Constance W Hurtt                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Mar 21, 2019
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db              +Constance W Hurtt,    8 Chambord Court,    Trenton, NJ 08619-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Constance W Hurtt njbankruptcylaw@aol.com.
              Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marlena   Miller    on behalf of Creditor    Society Hill at Hamilton II Condominium Association,
               Inc. collections@theassociationlawyers.com
              Patrick O. Lacsina    on behalf of Creditor    Select Portfolio Servicing, Inc. ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
               rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series2005-4 DMcDonough@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 DMcDonough@flwlaw.com
                                                                                               TOTAL: 12